UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Case No.: 5:17-CR-87FL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| V. | ) ) | **ORDER** |
| DANIEL DEMETRIUS JAMES, JR. | ) ) | |
| Defendant. | ) | |

This matter is before the Court on Defendant's motion to seal. For good cause shown the Defendant's motion is GRANTED.

It is hereby ORDERED that the attached motion to seal, order, motion to continue and any exhibits thereto shall be filed under seal.

This the __19th__ day of June, 2018.

_____
HONORABLE LOUISE W. FLANAGAN
UNITED STATES DISTRICT COURT JUDGE